UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

BEN BAKER, individually and on
behalf of all others similarly situated

      Plaintiff,

v.         Case No: 2:16-cv-881-FtM-29CM

NATIONAL CREDIT
MANAGEMENT, INC.,

      Defendant.

## ORDER

This matter comes before the Court upon review of Plaintiff's Unopposed Motion to Extend Deadline to File Class Certification Motion (Doc. 9) filed on March 7, 2017. Plaintiff seeks to extend the deadline of March 13, 2017 to file a class certification motion to September 15, 2017 because Defendant has not yet appeared in this matter and Plaintiff does not have adequate time to conduct discovery and obtain information necessary for class certification before March 13, 2017. Doc. 9 at 2. Defendant does not oppose the requested relief. *Id.* at 4.

District courts have broad discretion when managing their cases in order to ensure that the cases move to a timely and orderly conclusion. *Chrysler Int'l Corp. v. Chemaly*, 280 F.3d 1358, 1360 (11th Cir. 2002). Although there has been no Case Management and Schedule Order, the Court still has an obligation to ensure that this case reaches a conclusion within a reasonable period of time. While the Court finds good cause to grant an extension, the Court finds the requested extension to be

excessive. The Court will allow an additional four months from that date for Plaintiff to file a motion for class certification, which should provide sufficient time for discovery concerning class certification.

ACCORDINGLY, it is hereby

**ORDERED:**

1. Plaintiff's Unopposed Motion to Extend Deadline to File Class Certification Motion (Doc. 9) is **GRANTED in part**.

2. Plaintiff shall have up to and including **July 14, 2017** to file a motion for class certification.

**DONE** and **ORDERED** in Fort Myers, Florida on this 8th day of March, 2017.

*/s/ Carol Mirando*
CAROL MIRANDO
United States Magistrate Judge

Copies:
Counsel of record