# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# FT. MYERS DIVISION

| | |
|---|---|
| BEN BAKER, Individually, and on Behalf of All Others Similarly Situated, <br><br>　　　　Plaintiff, <br><br>　vs. <br><br>NATIONAL CREDIT MANAGEMENT, INC, <br>　　　　Defendant(s). | Case No.: 2:16-cv-00881-JES-CM <br><br>**STIPULATION OF DISMISSAL** |

NOW COMES Plaintiffs, BEN BAKER and Defendant, NATIONAL CREDIT MANAGEMENT, INC, by and through the undersigned counsel, and hereby jointly move this Honorable Court for a dismissal of this matter. Plaintiff dismisses his individual claims with prejudice and the putative class claims without prejudice pursuant to *Fed. R. Civ. P. 41*. Each party to bear its own attorneys' fees and costs incurred.

///

///

///

///

- 1 -

RESPECTFULLY SUBMITTED,

Dated: October 11, 2017        **MARTIN & BONTRAGER, APC**

By: /s/ G. Thomas Martin, III

G. Thomas Martin, III
*Attorney for Plaintiff*

Dated: October 11, 2017        **BARRON & NEWBURGER, P.C.**

By: /s/ Lauren M. Burnette

Lauren M. Burnette
*Attorney for Defendant*
*National Credit Management, Inc.*

- 2 -

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 11th day of October, 2017, I electronically filed the foregoing with the Clerk of the Court using the *CM/ECF* system.  Furthermore Defendant was served by way of the *CM/ECF* system.

By: /s/ G. Thomas Martin, III
G. Thomas Martin, III, Esq.